1  LARRY GENE SMITH
   T-65308
2  Mule Creek State Prison
   P.O. Box 409040
3  Ione, California 95640

4  Petitioner Pro Se
   Assisted by
5

6  NEOMA KENWOOD (SBN 101805)
   Attorney at Law
7  P.M.B. #414
   1563 Solano Avenue
8  Berkeley, California 94707
   Telephone and Facsimile: (510) 528-4775
9  nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GENE SMITH, | C 06-02972 MHP |
| Petitioner, | STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |
| v. | |
| ROSANNE CAMPBELL, Acting Warden, | |
| Respondent. | |

THIS COURT, having set a briefing schedule in its Order to Show Cause filed September 2, 2008, in which petitioner's Traverse is due on November 30, 2008 (thirty (30) days after the filing of respondent's Answer), and counsel for petitioner needing an additional 60 days to file his Traverse due to the need to complete the drafting of a combined Answering/Reply Brief in the Ninth Circuit in the capital case of Mickey v. Ayers, Jr., Case Nos. 07-99006 and 07-99007,

IT IS HEREBY STIPULATED by and between the parties, pursuant to Civil Local Rule 6-2, as follows:

That petitioner shall serve and file a Traverse not later than January 19, 2009.

Dated: November 20, 2008.

Respectfully submitted,

LARRY GENE SMITH
Petitioner Pro Se

Assisted by,

*[signature]*

NEOMA D. KENWOOD
Attorney at Law

Dated: November 20, 2008

EDMUND G. BROWN, JR.
Attorney General of the State of California

By: *[signature]*

JULIET B. HALEY
Deputy Attorney General
Attorneys for Respondent

```
LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, ) | C 06-02972 MHP |
| Petitioner, ) | |
| ) | [PROPOSED] ORDER UPON |
| v ) | STIPULATION EXTENDING |
| ) | TIME FOR FILING OF |
| **ROSANNE CAMPBELL, Acting Warden**, ) | PETITIONER'S TRAVERSE |
| ) | |
| Respondent. ) | |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than January 19, 2009.

Dated: 11/21/2008

HON. M[A]...
United Stat[es]...

*IT IS SO ORDERED*
Judge Marilyn H. Patel

Stipulation Extending Time for Filing of Petitioner's Traverse
*Smith v. Campbell*, C 06-02972 MHP        1