```
LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, <br><br> Petitioner, <br><br> v <br><br> **ROSANNE CAMPBELL, Acting Warden**, <br><br> Respondent. | C 06-02972 MHP <br><br> [~~PROPOSED~~] ORDER UPON STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than March 5, 2009.

Dated: 1/13/2009

HON. _____
United S_____

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

[Proposed] Order Upon Stipulation Extending Time for Filing of _____
*Smith v. Campbell*, C 06-02972 MHP