LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, | C 06-02972 MHP |
| Petitioner, | |
| v | [PROPOSED] ORDER UPON STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |
| **ROSANNE CAMPBELL, Acting Warden**, | |
| Respondent. | |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than May 15, 2009.

Dated: April 24, 2009

HON. MARILYN HALL PATEL
United States District Judge

[Proposed] Order Upon Stipulation Extending Time for Filing of Petitioner's Traverse
*Smith v. Campbell*, C 06-02972 MHP                         1