1  LARRY GENE SMITH
   T-65308
2  Mule Creek State Prison
   P.O. Box 409040
3  Ione, California 95640

4  Petitioner Pro Se
   Assisted by

6  NEOMA KENWOOD (SBN 101805)
   Attorney at Law
7  P.M.B. #414
   1563 Solano Avenue
8  Berkeley, California 94707
   Telephone and Facsimile: (510) 528-4775
9  nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, | C 06-02972 MHP |
| Petitioner, | ~~[PROPOSED]~~ ORDER UPON STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |
| v | |
| **ROSANNE CAMPBELL, Acting Warden**, | |
| Respondent. | |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than June 5, 2009.

Dated: 5/11/2009

HON. _____
United S_____

IT IS SO ORDERED
Judge Marilyn H. Patel

[Proposed] Order Upon Stipulation Extending Time for Filing of
*Smith v. Campbell*, C 06-02972 MHP