1  LARRY GENE SMITH
   T-65308
2  Mule Creek State Prison
   P.O. Box 409040
3  Ione, California 95640

4  Petitioner Pro Se
   Assisted by
5

6  NEOMA KENWOOD (SBN 101805)
   Attorney at Law
7  P.M.B. #414
   1563 Solano Avenue
8  Berkeley, California 94707
   Telephone and Facsimile: (510) 528-4775
9  nkenwood@sbcgloblal.net

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 _____
                                          )
15 **LARRY GENE SMITH**,                      )      C 06-02972 MHP
                                          )
16        Petitioner,                     )      **[PROPOSED]** **ORDER UPON**
                                          )      **STIPULATION EXTENDING**
   v                                      )      **TIME FOR FILING OF**
17                                        )      **PETITIONER'S TRAVERSE**
   **ROSANNE CAMPBELL, Acting Warden**,     )
18                                        )
                                          )
19        Respondent.                     )
20 _____)

21        Having considered the stipulation entered into by and between the parties and good cause

   appearing therefor,
22
         PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:
23
         That petitioner shall serve and file a Traverse not later than July 3, 2009.
24

25 Dated: _ June 2, 2009 _____

26

27                                        _____
                                          HON. ___ IT IS SO ORDERED
28                                        United States ___

   [Proposed] Order Upon Stipulation Extending Time for Filing of Pe___
   *Smith v. Campbell*, C 06-02972 MHP          1          Judge Marilyn H. Patel