```
1  LARRY GENE SMITH
   T-65308
2  Mule Creek State Prison
   P.O. Box 409040
3  Ione, California 95640

4  Petitioner Pro Se
   Assisted by
5

6  NEOMA KENWOOD (SBN 101805)
   Attorney at Law
7  P.M.B. #414
   1563 Solano Avenue
8  Berkeley, California 94707
   Telephone and Facsimile: (510) 528-4775
9  nkenwood@sbcgloblal.net
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GENE SMITH,<br><br>　　　　Petitioner,<br><br>v<br><br>ROSANNE CAMPBELL, Acting Warden,<br><br>　　　　Respondent. | C 06-02972 MHP<br><br>**STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE** |

BECAUSE counsel assisting petitioner Larry Gene Smith has been unable to complete the drafting of petitioner's Traverse as explained in the attached declaration, and counsel needs an additional 28 days to prepare and file the Traverse,

/////

/////

/////

/////

Stipulation Extending Time for Filing of Petitioner's Traverse
*Smith v. Campbell*, C 06-02972 MHP　　　　1

IT IS HEREBY STIPULATED by and between the parties, pursuant to Civil Local Rule 6-2, as follows:

That petitioner shall serve and file a Traverse not later than July 31, 2009.

Dated: June 26, 2009

Respectfully submitted,

LARRY GENE SMITH
Petitioner Pro Se

Assisted by

*/s/ Neoma D. Kenwood*
NEOMA D. KENWOOD
Attorney at Law

Dated: June 26, 2009

EDMUND G. BROWN, JR.
Attorney General of the State of California

By: */s/ Juliet B. Haley*
JULIET B. HALEY
Deputy Attorney General
Attorneys for Respondent

Stipulation Extending Time for Filing of Petitioner's Traverse
Smith v. Campbell, C 06-02972 MHP       2

LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, <br> Petitioner, <br> v <br> **ROSANNE CAMPBELL, Acting Warden**, <br> Respondent. | C 06-02972 MHP <br><br> **DECLARATION OF NEOMA D. KENWOOD IN SUPPORT OF STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE** |

I, Neoma D. Kenwood, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court.

2. I represented petitioner LARRY GENE SMITH in his state appeal and state habeas corpus proceeding. I assisted Mr. Smith in the preparation and filing of his habeas corpus petition in this Court at Mr. Smith's request and have been assisting him in these proceedings without compensation, because he is unable to represent

Declaration of Neoma D. Kenwood In Support of
Stipulation Extending Time for Filing of Petitioner's Traverse,
*Smith v. Campbell*, C 06-02972 MHP      1

|   |   |
|---|---|
| 1 | himself.  The Court, on February 17, 2009, denied Mr. Smith's renewed motion for |
| 2 | appointment of counsel.  However, I will continue to prepare Mr. Smith's Traverse |
| 3 | because he is unable to prepare that pleading himself. |
| 4 | 3. I have reviewed the Respondent's Answer to the Court's Order to Show Cause and |
| 5 | 39-page Memorandum of Points and Authorities in support of that Answer and |
| 6 | believe that the filing of a Traverse is essential to respond to the Respondent's |
| 7 | arguments.  I have been researching and drafting the arguments for Mr. Smith's |
| 8 | Traverse but will not be able to complete and file that Traverse by its due date of |
| 9 | July 3.  I have completed my drafting of responses to all of respondent's arguments |
| 10 | except one, which requires the supporting declaration of an expert witness to rebut |
| 11 | the State's contentions.  I have already conferred with this expert witness, but |
| 12 | because of the need to obtain various trial documents from trial counsel, this expert |
| 13 | will be unable to complete his work by the present due date of July 3.  I have |
| 14 | arranged with Mr. Smith's former trial counsel to obtain the necessary documents |
| 15 | next week and the expert assures me that he will be able to complete his work in |
| 16 | sufficient time to enable me to complete my response and file the Traverse by July |
| 17 | 31.  Because I cannot complete the response to this one argument without |
| 18 | obtaining the declaration from this expert witness, I require an additional 28 days |
| 19 | within which to complete and file the Traverse.  With this last requested extension |
| 20 | of time, I will be able to file the Traverse for Mr. Smith by July 3, 2009. |
| 21 | 4. The parties have filed five previous stipulations extending time for the filing of |
| 22 | Petitioner's Traverse, first extending the time from November 30, 2008 to January |
| 23 | 19, 2009, and second, extending the time from January 19, 2009 to March 5, 2009. |
| 24 | The Court, on its own motion, extended the time from March 5, 2009 to April 24, |
| 25 | 2009, when it denied petitioner's motion for appointment of counsel.  The parties' |
| 26 | third stipulation extended the time from April 24, 2009 to May 15, 2009, the fourth |
| 27 |   |
| 28 |   |

Declaration of Neoma D. Kenwood In Support of
Stipulation Extending Time for Filing of Petitioner's Traverse,
*Smith v. Campbell*, C 06-02972 MHP          2

1      stipulation extended the time from May 15, 2009 to June 5, 2009, and the fifth
2      stipulation extended the time from June 5 to July 3, 2009.
3 5.      Today I spoke to counsel for the Respondent, Juliet Haley, regarding my need for
4      another extension of time of 28 days to file the Traverse. She has no opposition
5      and is agreeable to this stipulation.
6 6.      This requested time modification should have no impact on the filing of any
7      further pleadings, as the Court's Order to Show Cause, filed September 2, 2008,
8      states that the "matter shall be deemed submitted as of the date petitioner's
9      traverse is due."
10 7.      Should the Court order that the time for the filing of petitioner's Traverse by
11      extended by 28 days to July 3, 2009, the Traverse will be completed and filed by
12      that date.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 26th day of June 26, 2009, at Berkeley, California.

                               /s/Neoma D. Kenwood
                               NEOMA KENWOOD

Declaration of Neoma D. Kenwood In Support of
Stipulation Extending Time for Filing of Petitioner's Traverse,
*Smith v. Campbell*, C 06-02972 MHP          3

```
LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, <br><br> Petitioner, <br><br> v <br><br> **ROSANNE CAMPBELL, Acting Warden**, <br><br> Respondent. | C 06-02972 MHP <br><br> [PROPOSED] ORDER UPON STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than July 31, 2009.

Dated: __June 30, 2009__

_____
HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

[Proposed] Order Upon Stipulation Extending Time for Filing of Petition
*Smith v. Campbell*, C 06-02972 MHP                     1