LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GENE SMITH,<br><br>  Petitioner,<br><br>v<br><br>ROSANNE CAMPBELL, Acting Warden<br><br>  Respondent. | C 06-02972 MHP<br><br>STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |

BECAUSE counsel assisting petitioner Larry Gene Smith has been unable to complete the drafting of petitioner's Traverse as explained in the attached declaration, and counsel needs an additional 26 days to prepare and file the Traverse,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Stipulation Extending Time for Filing of Petitioner's Traverse
*Smith v. Campbell*, C 06-02972 MHP          1

Case 3:06-cv-02972-EMC   Document 34   Filed 07/29/09   Page 2 of 6

1  IT IS HEREBY STIPULATED by and between the parties, pursuant to Civil Local
2  Rule 6-2, as follows:

3  That petitioner shall serve and file a Traverse not later than August 26, 2009.

5  Dated: July 24, 2009                    Respectfully submitted,

6                                          LARRY GENE SMITH
                                           Petitioner Pro Se

7                                          Assisted by

10                                         NEOMA D. KENWOOD
                                           Attorney at Law

12 Dated: July 24, 2009                    EDMUND G. BROWN, JR.
                                           Attorney General of the State of
13                                         California

14                                 By:     _____
15                                         JULIET B. HALEY
                                           Deputy Attorney General
16                                         Attorneys for Respondent

Stipulation Extending Time for Filing of Petitioner's Traverse
*Smith v. Campbell*, C 06-02972 MHP                2

LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, <br><br> Petitioner, <br><br> v <br><br> **ROSANNE CAMPBELL, Acting Warden**, <br><br> Respondent. | C 06-02972 MHP <br><br> **DECLARATION OF NEOMA D. KENWOOD IN SUPPORT OF STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE** |

I, Neoma D. Kenwood, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court.

2. I represented petitioner LARRY GENE SMITH in his state appeal and state habeas corpus proceeding. I assisted Mr. Smith in the preparation and filing of his habeas corpus petition in this Court at Mr. Smith's request and have been assisting him in these proceedings without compensation, because he is unable to represent

Declaration of Neoma D. Kenwood In Support of
Stipulation Extending Time for Filing of Petitioner's Traverse,
*Smith v. Campbell*, C 06-02972 MHP                     1

himself. The Court, on February 17, 2009, denied Mr. Smith's renewed motion for appointment of counsel. However, I will continue to prepare Mr. Smith's Traverse because he is unable to prepare that pleading himself.

3. I have reviewed the Respondent's Answer to the Court's Order to Show Cause and 39-page Memorandum of Points and Authorities in support of that Answer and believe that the filing of a Traverse is essential to respond to the Respondent's arguments. I have been researching and drafting the arguments for Mr. Smith's Traverse but will not be able to complete and file that Traverse by its due date of July 31. I have completed my drafting of responses to all of respondent's arguments except one, which requires the supporting declaration of an expert witness to rebut the State's contentions. I have already conferred with this expert witness and provided him with the majority of the materials which he must review prior to providing his declaration. However, he must review some of the trial exhibits which are now in the possession of the Alameda County District Attorney's Office. (In Alameda County, once the remittitur is issued, the trial exhibits are transferred to the District Attorney's office from the trial court exhibit room.)

4. On July 10, I reviewed the trial exhibits in this case at the District Attorney's office and requested copies of those exhibits which are essential for my expert's review. I was informed that the copies would be ready the following week. However, despite several follow-up telephone calls to the District Attorney's office, those copies are not yet ready for pick-up. I just spoke to Deputy District Attorney Scott Jackson who informed me that his inspector had been on vacation but would be returning to work next week and would make the copies upon his return. My expert assures me that once he receives these documents, he will be able to timely complete his work. Given that the rest of my briefing is completed, I anticipate no impediment to filing by the requested file date of August 26, 2009.

Declaration of Neoma D. Kenwood In Support of
Stipulation Extending Time for Filing of Petitioner's Traverse,
*Smith v. Campbell*, C 06-02972 MHP         2

|   |   |
|---|---|
| 1 | Because I cannot complete the response to this one argument without obtaining the declaration from this expert witness, I require an additional 26 days within which to complete and file the Traverse. |
| 4 | 5. The parties have filed six previous stipulations extending time for the filing of Petitioner's Traverse, first extending the time from November 30, 2008 to January 19, 2009, and second, extending the time from January 19, 2009 to March 5, 2009. The Court, on its own motion, extended the time from March 5, 2009 to April 24, 2009, when it denied petitioner's motion for appointment of counsel. The parties' third stipulation extended the time from April 24, 2009 to May 15, 2009, the fourth stipulation extended the time from May 15, 2009 to June 5, 2009, the fifth stipulation extended the time from June 5 to July 3, 2009, and the sixth stipulation extended the time from July 3 to July 31, 2009. |
| 13 | 6. Today I spoke to counsel for the Respondent, Juliet Haley, regarding my need for another extension of time of 28 days to file the Traverse. She has no opposition and is agreeable to this stipulation. |
| 16 | 7. This requested time modification should have no impact on the filing of any further pleadings, as the Court's Order to Show Cause, filed September 2, 2008, states that the "matter shall be deemed submitted as of the date petitioner's traverse is due." |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 24th day of July, 2009, at Berkeley, California.

/s/Neoma D. Kenwood
NEOMA KENWOOD

Declaration of Neoma D. Kenwood In Support of
Stipulation Extending Time for Filing of Petitioner's Traverse,
*Smith v. Campbell*, C 06-02972 MHP        3

```
LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by


NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, <br><br> Petitioner, <br><br> v <br><br> **ROSANNE CAMPBELL, Acting Warden**, <br><br> Respondent. | C 06-02972 MHP <br><br> **[PROPOSED]** ORDER UPON STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than August 26, 2009.

Dated:  __7/28/2009__

_____
HON. MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel

[Proposed] Order Upon Stipulation Extending Time for Filing of Petitioner's Traverse
*Smith v. Campbell*, C 06-02972 MHP        1