LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, <br><br> Petitioner, <br><br> v <br><br> **ROSANNE CAMPBELL, Acting Warden**, <br><br> Respondent. | C 06-02972 MHP <br><br> [PROPOSED] ORDER UPON STIPULATION EXTENDING TIME FOR FILING OF PETITIONER'S TRAVERSE |

Having considered the stipulation entered into by and between the parties and good cause appearing therefor,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That petitioner shall serve and file a Traverse not later than September 25, 2009.

Dated:  8/25/2009

_____
HON. M...
United St...

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[Proposed] Order Upon Stipulation Extending Time for Filing of...
*Smith v. Campbell*, C 06-02972 MHP                    1