LARRY GENE SMITH
T-65308
Mule Creek State Prison
P.O. Box 409040
Ione, California 95640

Petitioner Pro Se
Assisted by

NEOMA KENWOOD (SBN 101805)
Attorney at Law
P.M.B. #414
1563 Solano Avenue
Berkeley, California 94707
Telephone and Facsimile: (510) 528-4775
nkenwood@sbcgloblal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GENE SMITH**, | C 06-02972 MHP |
| Petitioner, | |
| v | [~~PROPOSED~~] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE PLEADING CONCERNING APPLICATION OF A STATE PROCEDURAL DEFAULT BAR |
| **ROSANNE CAMPBELL, Acting Warden**, | |
| Respondent. | |
| | * **AS AMENDED BY COURT** |

GOOD CAUSE APPEARING, Petitioner's request for leave to file, prior to the filing of his traverse, a separate pleading regarding procedural default NOT TO EXCEED 32 PAGES is granted. This pleading shall be filed not later than October 4, 2010. Upon the Court's resolution of that pleading, petitioner shall than file his traverse NOT TO EXCEED  50  PAGES ~~not later than~~ at a date to be set by the Court after review of the procedural default issues.  If plaintiff does not use her page limit on procedural default wisely, the Court *

Dated:

September 10, 2010

_____
HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

[Proposed] Order Re: Petitioner's Motion for Leave to File Pleading Concerning Application of a State Procedural Default Bar
*Smith v. Campbell*, C 06-02972 MHP            1

* **may consider reducing the page limit to less than 50 pages, 10 pages for facts and 10 pages each for the 3 major issues is enough.**